UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

VALERO MEJIA JULIO CESAR,

    Petitioner,

v.

                                   No. 1:26-CV-143-H

MARKWAYNE MULLIN, et al.,

    Respondents.

## ORDER

Before the Court is the petitioner's amended petition for a writ of habeas corpus. Dkt. No. 2. The government advises the Court that the petitioner has been removed from the United States. Dkt. No. 9 at 1. Because the petitioner is no longer in custody, the Court concludes that his claims are moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing"). Thus, the amended petition (Dkt. No. 2) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on June 4, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE